```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

REID A. STEWARD,

        Plaintiff,

vs.                                    Case No.  2:05-cv-342-FtM-36SPC

RICHARD SCAMMON,

        Defendant.
_____

## **ORDER**

This matter comes before the Court upon review of counsel's "Motion to Allow Electronic Equipment in Courthouse" (Doc. #143, Motion), filed July 14, 2010.  Plaintiff's counsel, Mr. Peter Sleasman, requests permission to bring a cellular phone into the Courthouse for purposes of the Status Conference on Wednesday July 21, 2010, considering Mr. Sleasman will need to reach lead counsel, Ms. Kristen Lenz, who is on maternity leave.  Motion at 1.

The United States District Court, Middle District of Florida Local Rule 4.11(b) prohibits the use of certain electronic equipment, including cellular phones and laptop computers, unless otherwise approved by the judge.  Local Rule 4.11 (M.D. Fla.). Because a cellular phone may be necessary for this proceeding, the Court grants the motion.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Plaintiff's Motion to Allow Electronic Equipment in Courthouse (Doc. #143) is **GRANTED.**

2. Counsel for Plaintiff is permitted to bring one (1) cellular phone to the proceeding before the undersigned on Wednesday July 21, 2010.

**DONE AND ORDERED** in Fort Myers, Florida, on this __14th____ day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

SA: alj
Copies: All Parties of Record
**Court Security Officers**