UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REID A. STEWARD,

    Plaintiff,

vs.    Case No. 2:05-cv-342-FtM-36SPC

RICHARD SCAMMON,

    Defendant.
_____

**ORDER**

This matter comes before the Court upon review of Defendant's unopposed "Motion to Excuse the Appearance of Defendant Richard Scammon at the Conference Before the Magistrate Judge and Permit the Appearance of Defendant's Father, Ronald Scammon" (Doc. #144, Motion), filed July 14, 2010.

Defendant moves to excuse Defendant Scammon's presence from the July 21, 2010 Status Conference based on Scammon's participation in required military training on this date in either Maryland, or Louisiana. Motion at 2. Defense counsel submits that the Chief Legal Counsel for the military training previously had indicated that thirty days advanced notice was necessary to secure Defendant Scammon for any court hearings. Id. (citing Doc. #118). In Defendant Scammon's stead, his father, Ronald Scammon, requests permission to attend the July 21, 2010 hearing. Counsel submits that Ronald Scammon will have complete authority to negotiate and consummate a settlement on Defendant Scammon's behalf. Id.

The Court grants Defendant Scammon's motion. Specifically, defense counsel has indicated that Ronald Scammon will have full authority to negotiate and consummate a settlement on his son's behalf.

ACCORDINGLY, it is hereby

**ORDERED**:

Defendant's unopposed "Motion to Excuse the Appearance of Defendant Richard Scammon at the Conference Before the Magistrate and Permit the Appearance of Defendant's Father, Ronald Scammon" (Doc. #144) is **GRANTED.**

**DONE AND ORDERED** in Fort Myers, Florida, on this __14th____ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

SA: alj

Copies: All Parties of Record